Hyrum M. Zeyer    ISB No. 8436
Peterson Zeyer Law
1215 W. Hays Street
Boise, Idaho 83702
Telephone:    (208) 433-9882
Facsimile:    (208) 433-9886
E-mail:    Hyrum@PetersonZeyerLaw.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | CHAPTER 13 |
|---|---|
| WENDY DEANN SCHUYLER<br>Debtor(s). | Case No. 16-00952-JDP |

**Motion to Dismiss**

Comes now, Hyrum M. Zeyer, of Peterson Zeyer Law, pursuant to 11 U.S.C. §1307(b) and on behalf of the Debtor(s), moves this Court for an order dismissing the above entitled case. There are no pending motions to convert this case to a Chapter 7 or pending motions to dismiss this case with prejudice.

**Notice Regarding Right to Object to the Dismissal**

Any objections to this Motion to Dismiss must be filed within seven (7) days from service of this Motion to Dismiss. If an objection is timely filed and served, the debtors will schedule a hearing on the Motion to Dismiss and the objection, to be heard on not less than seven (7), nor more than fourteen (14) days notice to the objecting party, the Chapter 13 Standing Trustee and the United States Trustee. If no party in interest has filed an objection within seven (7) days following service of such Motion to Dismiss, and the Court finds that it is appropriate to grant the Motion to Dismiss, the Court will enter an order dismissing the case.

**Dated**: August 24, 2016.

/s/ Hyrum M. Zeyer
Hyrum M. Zeyer, Attorney for the Debtors